UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYLER R. BROWN,<br><br>    Plaintiff,<br><br>    v.<br><br>S. SERGENT,<br><br>    Defendant. | No. 2:23-cv-01827-DAD-JDP<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION DUE TO PLAINTIFF'S FAILURE TO PROSECUTE AND COMPLY WITH COURT ORDERS<br><br>(Doc. Nos. 28, 33, 34) |

    Plaintiff Skyler R. Brown is a former state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On April 17, 2025, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed, without prejudice, due to plaintiff's failure to prosecute and comply with court orders. (Doc. No. 34.) In particular, plaintiff has failed to comply with the court's order to show cause dated March 5, 2025 (Doc. No. 32), in which the assigned magistrate judge observed that plaintiff had not filed an opposition or statement of non-opposition to defendant's motion to compel discovery responses and for sanctions, (Doc. No. 28), and ordered plaintiff to do so within twenty-one (21) days. (Doc. No. 32 at 2.) Plaintiff was

1

1  advised that his failure to comply with that order would result in a recommendation that this
2  action be dismissed. (*Id.* at 1–2.) Plaintiff did not file a response as directed, or otherwise
3  communicate with the court. The pending findings and recommendations were then served on
4  plaintiff at his address of record and contained notice that any objections thereto were to be filed
5  within fourteen (14) days after service. (Doc. No. 34 at 3.) To date, no objections to the findings
6  and recommendations have been filed, and the time in which to do so has now passed.

   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

   Accordingly:

   1.  The findings and recommendations issued on April 17, 2025 (Doc. No. 34) are ADOPTED in full;

   2.  This action is DISMISSED, without prejudice, due to plaintiff's failure to prosecute this action and failure to comply with court orders;

   3.  Defendant's pending motion to compel discovery responses and for sanctions (Doc. No. 28) and request for dismissal (Doc. No. 33) are DENIED as having been rendered moot by this order; and

   4.  The Clerk of the Court is directed to CLOSE this case.

   IT IS SO ORDERED.

   Dated:  **July 15, 2025**                               /s/ Dale A. Drozd
                                                           DALE A. DROZD
                                                           UNITED STATES DISTRICT JUDGE